IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS HAYES,** *Plaintiff,* v. **SALTZ MONGELUZZI BARRET & BENDESKY, P.C.,** *Defendant.* | **Case No. 2:23-cv-02403-JDW** |

### ORDER

**AND NOW**, this 21st day of August, 2023, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the Plaintiff has not served the Complaint on the Defendant in this case, it is hereby **ORDERED** that the Plaintiff must serve the Complaint on Defendant by September 21, 2023.

This Order also serves as notice to the Plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if the Plaintiff fails to file proof of service by September 21, 2023, without showing good cause for such failure, the Court will dismiss without prejudice the case against any unserved defendant(s).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.