IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS HAYES**, *Plaintiff*, v. **SALTZ MONGELUZZI BARRET & BENDESKY, P.C.**, *Defendant*. | **Case No. 2:23-cv-02403-JDW** |

### ORDER

**AND NOW**, this 27th day of September, 2023, it is **ORDERED** that Defendant Saltz Mongeluzzi Barret & Bendesky, P.C.'s Motion To Dismiss Plaintiff's Complaint Pursuant To Rule 12(b)(6) (ECF No. 9) is **STRICKEN** for failure to comply with the pre-motion requirements set forth in Section II.B.4 of my Policies and Procedures.

It is **FURTHER ORDERED** that Defendant is granted leave to comply with this requirement and, if necessary, submit a joint letter by October 4, 2023.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.