IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS-HAYES**, <br><br> *Plaintiff,* <br><br> v. <br><br> **SALTZ MONGELUZZI & BENDESKY, P.C.**, <br><br> *Defendant.* | **Case No. 2:23-cv-02403-JDW** |

### ORDER

**AND NOW**, this 15th day of December, 2023, upon consideration of Defendant Saltz Mongeluzzi & Bendesky, P.C.'s Motion To Dismiss (ECF No. 14), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.