IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE PURVENAS-HAYES,<br><br>*Plaintiff*,<br><br>v.<br><br>SALTZ, MONGELUZZI & BENDESKY, P.C.,<br><br>*Defendant*. | Case No. 2:23-cv-02403 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Benjamin K. Jacobs on behalf of Defendant Saltz, Mongeluzzi & Bendesky, P.C. in the above-captioned matter. Defendant will continue to be represented by Michael L. Banks, Eric C. Kim and Shane O'Halloran, attorneys from the firm of Morgan, Lewis & Bockius LLP, who have appeared in this matter.

Dated: February 29, 2024

Respectfully submitted,

*/s/ Benjamin K. Jacobs*
Benjamin K. Jacobs (PA ID #315984)
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
Phone: 215.963.5651
Fax: 215.963.5001
benjamin.jacobs@morganlewis.com

*Counsel for Defendant*
*Saltz, Mongeluzzi & Bendesky, P.C.*

DB1/ 144966807.1

## **CERTIFICATE OF SERVICE**

I, Benjamin K. Jacobs, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was filed electronically on February 29, 2024, and is available to all counsel of record for viewing and downloading from the ECF system.

*/s/ Benjamin K. Jacobs*
Benjamin K. Jacobs

DB1/ 144966807.1