IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS-HAYES**,<br><br>*Plaintiff,*<br><br>v.<br><br>**SALTZ MONGELUZZI & BENDESKY, P.C.**,<br><br>*Defendant.* | **Case No. 2:23-cv-02403-JDW** |

### ORDER

**AND NOW**, this 6th day of May, 2024, upon consideration of Defendant Saltz Mongeluzzi & Bendesky, P.C.'s Motion To Compel Discovery (ECF No. 31), and following a telephone conference with counsel for the Parties, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Request For Production No. 5, and Ms. Purvenas-Hayes shall produce her communications those third parties that SMB identifies by May 10, 2024, regarding her vaccination status, plans to get the Covid-19 vaccine, and her position regarding the vaccine including its safety or efficacy;

2. Ms. Purvenas-Hayes shall also produce her social media posts for the period May 1, 2021-July 31, 2021, regarding her vaccination status and plans to get the Covid-

19 vaccine, as well as any substantive posts concerning her views as to the vaccine, including its safety or efficacy; and

3. The Motion is **DENIED WITHOUT PREJUDICE** as to the extension of time to complete discovery because it is unclear if SMB will need to or have a basis to question Ms. Purvenas-Hayes on any additional documents.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.