IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS HAYES**,<br><br>*Plaintiff,*<br><br>v.<br><br>**SALTZ MONGELUZZI BARRET & BENDESKY, P.C.**,<br><br>*Defendant.* | **Case No. 2:23-cv-02403-JDW** |

## ORDER

AND NOW, this 1st day of July, 2024, it is **ORDERED** that by July 1, 2024, Plaintiff shall serve on Defendant, but not file, her responses to the Statement of Facts. Defendant may then reply to Plaintiff's response and shall file the resulting single, consolidated Statement of Facts on or before July 14, 2024.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.