IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS-HAYES**, <br><br> *Plaintiff,* <br><br> v. <br><br> **SALTZ, MONGELUZZI & BENDESKY P.C.**, <br><br> *Defendant.* | Case No. 2:23-cv-02403-JDW |

## ORDER

**AND NOW**, this 4th day of November, 2024, upon consideration of Defendant Saltz, Mongeluzzi & Bendesky P.C.'s Motion For Summary Judgment (ECF No. 36), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.