IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE PURVENAS-HAYES : | |
| : | CIVIL ACTION |
| : | |
| *Plaintiff,* : | |
| v. : | No. 2:23-cv-02403-JDW |
| : | |
| SALTZ MONGELUZZI & BENDESKY PC : | |
| : | |
| : | |
| *Defendant.* : | |
| : | |

## NOTICE OF APPEAL

Plaintiff, Desiree Purvenas-Hayes, hereby appeals to the Third Circuit Court of Appeals from the District Court's final judgment and Order granting summary judgment in the above-captioned matter on November 4, 2024 at ECF nos. 41 and 42.

                                      Respectfully submitted,

                                      S/ Wayne A. Ely, Esquire

                                      Wayne A. Ely, Esquire
                                      Attorney for Plaintiff 59
                                      Andrea Drive
                                      Richboro, PA 18954
                                      (215) 801-7979

December 4, 2024